# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STACEY R. PARRISH,**

    **Plaintiff,**

                                           Civil Action 2:11-cv-52
    v.                                      JUDGE GREGORY L. FROST
                                           Magistrate Judge E.A. Preston Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

    This matter is before the Court for consideration of the United States Magistrate Judge's November 2, 2011 Report and Recommendation. (ECF No. 12.) The Magistrate Judge recommended that the Court grant Defendant's motion to dismiss based upon her finding that Plaintiff had failed to timely-file her Complaint.

    The Report and Recommendation specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 3–4, ECF No. 12.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

    The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation (ECF No. 12), **GRANTS** Defendant's Motion to Dismiss Untimely

Complaint, or Alternatively, Motion for Summary (ECF No. 9), and **DIRECTS** the Clerk to terminate this case.

    **IT IS SO ORDERED.**

                                            /s/   Gregory L. Frost
                                      GREGORY L. FROST
                                      UNITED STATES DISTRICT JUDGE